IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND (BALTIMORE)

| | | |
|---|---|---|
| NHELTA KAYREN | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. |
| THIEBLOT RYAN P.A. | * | 1:11-cv-00597-ELH |
| Defendant | * | |

\* \* \* \* \*

## NOTICE OF SATISFACTION OF JUDGEMENT

The Plaintiff asks the Clerk to enter a satisfaction of Judgment, as the Defendant has paid in full.  Total Judgment $3,001.00

                              THE PLAINTIFF

                             BY/S/Bernard T. Kennedy
                             Bernard T. Kennedy, Esquire
                             The Kennedy Law Firm
                             P.O. Box 657
                             Edgewater, MD 21037
                             Ph   (443) 607-8901
                             Fax (443) 607-8903
                             Fed. Bar # Md26843
                             bernardtkennedy@yahoo.com

## *CERTIFICATION*

I hereby certify that on 6/14/11 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

BY/S/Bernard T. Kennedy